COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Julie Stagner; Longmont Properties, LLC; RSJS
                            Management, Inc.; RSJS Ventures, LP; and Breck Real
                            Properties, LLC, Relators

Appellate case number:      01-18-00758-CV

Trial court case number:    2017-73196

Trial court:                151st District Court of Harris County

On August 22, 2018, relators, Julie Stagner; Longmont Properties, LLC; RSJS Management, Inc.; RSJS Ventures, LP; and Breck Real Properties, LLC, filed a petition for a writ of mandamus. Their petition seeks to compel the respondent district judge to vacate its August 16, 2018 order denying relators' motion to quash and for protection and compelling relators to produce all discovery requested by Colliers and, instead, to compel respondent to enter an order granting relators' motion. Relators have included an appendix and record. *See* TEX. R. APP. P. 52.7.

With the petition, relators also filed an opposed "Motion for Emergency Temporary Relief" seeking a temporary stay of enforcement of the August 16, 2018 order, pending disposition of this petition, because the order requires relators to produce all discovery within ten days of that order and for relator Stagner's deposition to take place within thirty days of that order. Relators' motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Real party in interest Colliers International—Atlanta, LLC, filed an opposition to the motion.

Accordingly, the Court **grants** the relators' motion and **ORDERS** that the enforcement of the August 16, 2018 order is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition is decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration. *See id.* 52.10(c).

Finally, the Court requests a response to the mandamus petition by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes_____
                        ☑ Acting individually    ☐ Acting for the Court
Date: August 24, 2018_____